IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY STARKES,

        Plaintiff,                       No. CIV S-05-2275 DFL GGH P

    vs.

DR. HAILE, et al.,

        Defendants.           <u>ORDER</u>

                                  /

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' answer and motion to dismiss. An opposition to an answer is not a proper pleading. Fed. R. Civ. P. 7(a). Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 26, 2006 motion for an extension of time is granted as to the request to file an opposition to defendants' motion to dismiss; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 5/10/06

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:bb
star2275.36