IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY STARKES,

      Plaintiff,                     No. CIV S-05-2275 DFL GGH P

   vs.

DR. HAILE, et al.,

      Defendants.         ORDER

_____/

      Plaintiff has requested an extension of time to file and serve an opposition to defendants' August 8, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's August 25, 2006 motion for an extension of time is granted; and

      2. Plaintiff's opposition filed September 8, 2006, is deemed timely filed.

DATED: September 14, 2006

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:bb
star2275.36(2)