IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY STARKES,

    Plaintiff,                      No. CIV S-05-2275 DFL GGH P

    vs.

DR. HAILE, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 21, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1        1.  The findings and recommendations filed November 21, 2006 are adopted in
2   full; and
3        2.  Defendants' motion to dismiss filed August 10, 2006, is denied; defendants
4   shall file an answer to the second amended complaint within twenty days of the date of this order.
5   DATED:   March 16, 2007

                                            /s/ David F. Levi
                                            UNITED STATES DISTRICT JUDGE

/star2275.801